# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| CHRISTY RAMIREZ, | CASE NUMBER: 1:20-cv-00515-GSA |
| Plaintiff, | |
| v. | **ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES** |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | (Doc. 2) |

Having considered the application to proceed without prepayment of fees under 28 USC § 1915;

IT IS ORDERED that the application is:

X   GRANTED

X   IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

IT IS SO ORDERED.

Dated:   **April 13, 2020**             **/s/ Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE