# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTY RAMIREZ,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:20-cv-00515-GSA<br><br>STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from January 6, 2021 to February 5, 2021. This is Defendant's first request for an extension of time to respond to Plaintiff's motion. Defendant respectfully requests this additional time because of the holiday season and Defendant's counsel has a higher than normal workload, including two other district court briefs due January 6, 2021

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

- Defendant shall serve and file a responsive brief on or before February 5, 2021; and
- Plaintiff may serve and file a reply within 15 days of service of defendant's responsive brief (on or before February 20, 2021).

Respectfully submitted,

Dated: December 23, 2020

*/s/ Dolly Marlo Trompeter\**
(*as authorized via e-mail on 12/23/20)
DOLLY MARLO TROMPETER
Attorney for Plaintiff

| | | |
|---|---|---|
| Dated: December 23, 2020 | | McGREGOR W. SCOTT<br>United States Attorney<br>DEBORAH LEE STACHEL<br>Acting Regional Chief Counsel, Region IX<br>Social Security Administration |
| | By: | */s/ Marcelo Illarmo*<br>MARCELO ILLARMO<br>Special Assistant United States Attorney |
| | | Attorneys for Defendant |

ORDER

IT IS SO ORDERED.

Dated: __December 29, 2020__                    __/s/ Gary S. Austin__
                                                                              UNITED STATES MAGISTRATE JUDGE